UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA A. BASCOM,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>UNITED STATES PROBATION<br>OFFICE, *et al.*,<br><br>　　　　　　　　　Defendant. | Case No. 2:18-cv-01284-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion Requesting Appointment of Counsel (ECF No. 4), filed September 4, 2018. The instant motion was filed by Mr. Ronald Mortenson, who describes himself as "next friend of Plaintiff." The motion request the court appoint counsel to assist Plaintiff in proceeding with her 42 U.S.C. § 1983 civil rights complaint. Mr. Mortenson is not a licensed attorney but represents that he is permitted to file on behalf of Plaintiff pursuant to *Gometz v. Henman*, 807 F.2d 113, 115 (7th Cir. 1986); and *Wolff v. McDonell*, 418 U.S. 539 (1974). This argument is incorrect. A non-lawyer may not appear as counsel for a litigant other than himself or herself. Plaintiff is advised that if she unable to retain counsel, all motions to the Court must be filed *pro se*. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Appointment of Counsel (ECF No. 4) is denied, without prejudice.

Dated this 13th day of September, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1