UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PATRICIA A. BASCOM,

Plaintiff,

v.

UNITED STATES PROBATION OFFICE, *et al*.,

Defendants.

Case No. 2:18-cv-01284-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion For Expansion of Time and For Submission of First Motion Requesting Appointment of Counsel (ECF No. 6), filed September 18, 2018.  The instant motion was filed by Mr. Ronald Mortenson, who describes himself as "next friend of Plaintiff."  The motion requests the Court grant a ninety (90) day extension of time to allow Plaintiff to file her amended complaint.  Mr. Mortenson is not a licensed attorney but represents that he is permitted to file on behalf of Plaintiff pursuant to *Gometz v. Henman*, 807 F.2d 113, 115 (7th Cir. 1986); and *Wolff v. McDonell*, 418 U.S. 539 (1974).  This argument is incorrect.  A non-lawyer may not appear as counsel for a litigant other than himself or herself.  Plaintiff is advised that if she unable to retain counsel, all motions to the Court must be filed *pro se*.  Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Expansion of Time and For Submission of First Motion Requesting Appointment of Counsel (ECF No. 6) is **denied**, without prejudice.

Dated this 21st day of September, 2018.

_George Foley Jr._

_____

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2