# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA A. BASCOM,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES PROBATION OFFICE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01284-MMD-GWF<br><br>**NOTICE OF DISMISSAL BY COURT FOR WANT OF PROSECUTION** |

This action has been pending in this Court for more than nine months without any proceeding having been taken therein during such period. This order constitutes notice to the parties that this action will be dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1 unless a status report is filed with the Court by July 8, 2019.

DATED THIS 24th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE