UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PATRICIA A. BASCOM,

                              Plaintiff,

       v.

UNITED STATES PROBATION
OFFICE, *et al.,*

                              Defendants.

Case No. 2:18-cv-01284-MMD-GWF

ORDER

Plaintiff Patricia A. Bascom was ordered to file an amended complaint by September 24, 2018. (ECF No. 3 at 5.) Plaintiff moved for an extension of time to file an amended complaint (ECF No. 6), but the request was denied (ECF No. 7). Plaintiff did not file an amended complaint or otherwise respond to the Court's order, and the Court issued a notice of intent to dismiss for want of prosecution on June 24, 2019. (ECF No. 8.) In that order, the Court stated that this action would be "dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1 unless a status report is filed with the Court by July 8, 2019." (*Id.* at 1.) To date, Plaintiff has not filed a status report.

Fed. R. Civ. P. 41(b) permits the Court to dismiss claims where a plaintiff fails to prosecute or comply with the court's orders. Plaintiff has not taken any action since September 18, 2018, to prosecute her claims, and Plaintiff has failed to comply with the Court's orders directing Plaintiff to file an amended complaint and a status report. It is therefore ordered that this action is dismissed without prejudice. The Clerk of the Court is instructed to close this case.

DATED THIS 12th day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE